UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DUWAYNE JACKSON, | Case No.: 17CV882-CAB (BLM) |
|---|---|
| Plaintiff, | **KLINGELE/RAND NOTICE AND SCHEDULING ORDER RE DEFENDANTS' SUMMARY JUDGMENT MOTION** |
| v. | |
| D. PARAMO, et al., | |
| Defendants. | |

On April 5, 2019, Defendants Romero and Valdovinos filed a motion for summary judgment. ECF No. 116. The following notice is required pursuant to Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998) (*en banc*), cert. denied, 527 U.S. 1035 (1999) and Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1998), for all parties proceeding *pro se*.

**NOTICE**

Defendants in this case have moved the Court to enter judgment for the reasons stated in their summary judgment motion. ECF No. 116. The Court will consider the motion after giving you notice and opportunity to be heard. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

Rule 56 of the Federal Rules of Civil Procedure tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact – that is, if there is no real dispute about any fact that would affect the result of your case – and where the party who asked for summary judgment is

1

entitled to judgment as a matter of law. When a party you are suing seeks summary judgment and their position is properly supported by declarations (or other sworn testimony), you cannot simply reply by restating what your complaint says. Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents that contradict the facts shown in the Defendants' declarations and documents and show that there is a genuine issue of material fact requiring trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial.

## **BRIEFING SCHEDULE**

The Court hereby **ORDERS** the parties to file briefs and supporting papers and evidence as follows:

1. Plaintiff may file and serve his opposition, including any evidence, to the matters raised by Defendants' summary judgment motion [ECF No. 116] by **May 20, 2019**. If you do not wish to oppose Defendants' motion, you should file and serve a "Notice of Non-Opposition" by that same date to let the Court know that Defendants' motion is unopposed.

2. If you do file and serve an opposition, Defendants must file and serve their reply to your opposition by **May 31, 2019**.

3. A hearing is set for **June 3, 2019** at **10:00 a.m.** in **Courtroom 3A**. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances on the June 3, 2019 hearing date should be made.

**IT IS SO ORDERED**.

Dated: 4/5/2019

Hon. Barbara L. Major
United States Magistrate Judge